**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ALONSO CARDENAS,<br><br>    Plaintiff,<br><br>vs.<br><br>VINNY'S GENERAL CONTRACTING INC., RJS CONSTRUCTION & DEVELOPMENT INC.<br><br>    Defendant. | Civil Case No.: 2:25-cv-1248<br><br>**SUMMONS RETURNED EXECUTED AS TO DEFENDANT RJS CONSTRUCTION & DEVELOPMENT INC.** |

  Pursuant to the Federal Rules of Civil Procedure, Rule 4, Plaintiff Alonso Cardenas has served upon Defendant RJS CONSTRUCTION & DEVELOPMENT INC. copies of the following documents:

  1. Issued Summons;

  2. Complaint and Demand for Jury Trial;

  3. Civil Cover Sheet

  4.  Notice of Option to Consent to Magistrate Judge Jurisdiction

  5. Case Assignment to Magistrate Judge

  Attached hereto is a copy of the Proof of Service.

|  |  |
|---|---|
| Dated: New York,<br>March 31, 2025 | **CONSUMER ATTORNEYS**<br><br><u>By: /s/ Emanuel Kataev</u><br>Emanuel Kataev, Esq.<br>CONSUMER ATTORNEYS<br>68-29 Main Street<br>Flushing NY 11367<br>T: (718) 412-2421<br>F: (718) 489-4155<br>Email: ekataev@consumerattorneys.com<br><br>*Attorneys for Plaintiff,*<br>*Alonso Cardenas* |

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:25-cv-1248

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>RJS CONSTRUCTION & DEVELOPMENT, INC.</u> was received by me on *(date)* <u>March 18, 2025</u>.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Receptionist</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>RJS CONSTRUCTION & DEVELOPMENT, INC., the following documents: 1) Issued Summons; 2) Complaint and Demand for Jury Trial; 3) Civil Cover Sheet; 4) Notice of Option to Consent to Magistrate Judge Jurisdiction; 5) Case Assignment to Magistrate Judge</u> on *(date)* <u>Thursday, March 27, 2025</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 03/28/2025

*Server's signature*

Joe DeRosa

*Printed name and title*

Medley Serves & Investigations, LLC
40 Jefferson road Farmingdale, Farmingdale, NY 11735

*Server's address*

Additional information regarding attempted service, etc.:
1) Unsuccessful Attempt: Mar 14, 2025, 4:15 pm EDT at COMPANY: 2400 WILLOUGHBY AVENUE, SEAFORD, NY 11783
Someone look out the front window. Would not open the front door. The ring doorbell said they were not not interested. I rang doorbell again and explained I was not selling anything. They still will not open the door.

2) Unsuccessful Attempt: Mar 15, 2025, 1:42 pm EDT at COMPANY: 2400 WILLOUGHBY AVENUE, SEAFORD, NY 11783
No answer . Ring doorbell said not interested. Window on second level notice open. No cars in driveway. I went to neighbor house and asked if they knew who was the resident of 2400 they would not give me any information.

3) Unsuccessful Attempt: Mar 17, 2025, 8:55 am EDT at COMPANY: 2400 WILLOUGHBY AVENUE, SEAFORD, NY 11783
No cars in driveway. No lights on.

4) Successful Attempt: Mar 27, 2025, 8:56 am EDT at COMPANY: 2365 MERRICK ROAD, BELLMORE, NY 11710 received by Jane doe . Age: 30-40; Ethnicity: Caucasian; Gender: Female; Weight: 130-150; Height: 5'4"; Hair: Black; Other: She did not want to give me her name. She was trying not to accept the papers. She works at the front desk in the office. She had a piercing in her nose as well;
Office manager