## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALONSO CARDENAS,<br><br>                    Plaintiff,<br><br>vs.<br><br>VINNY'S GENERAL CONTRACTING INC., RJS CONSTRUCTION & DEVELOPMENT INC.<br><br>                    Defendant. | Civil Case No.: 2:25-cv-01248-SIL<br><br>**SUMMONS RETURNED EXECUTED AS TO DEFENDANT VINNY'S GENERAL CONTRACTING INC.** |

Pursuant to the Federal Rules of Civil Procedure, Rule 4, Plaintiff Alonso Cardenas has served upon Defendant VINNY'S GENERAL CONTRACTING INC. copies of the following documents:

1. Issued Summons;

2. Complaint and Demand for Jury Trial;

3. Civil Cover Sheet

4.  Notice of Option to Consent to Magistrate Judge Jurisdiction

5. Case Assignment to Magistrate Judge

Attached hereto is a copy of the Proof of Service.

//

| | |
|---|---|
| Dated: New York,<br>April 15, 2025 | **CONSUMER ATTORNEYS**<br><br>*By: /s/ Emanuel Kataev*<br>Emanuel Kataev, Esq.<br>CONSUMER ATTORNEYS<br>68-29 Main Street<br>Flushing NY 11367<br>T: (718) 412-2421<br>F: (718) 489-4155<br>Email: ekataev@consumerattorneys.com<br><br>*Attorneys for Plaintiff,*<br>*Alonso Cardenas* |

Civil Action No. 2:25-cv-1248

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>VINNY'S GENERAL CONTRACTING, INC.</u> was received by me on *(date)* <u>Mar 31, 2025, 2:40 pm</u>.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Vinny</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>VINNY'S GENERAL CONTRACTING, INC the following documents: VINNYS GC - 1) Issued Summons; 2) Complaint and Demand for Jury Trial; 3) Civil Cover Sheet; 4) Notice of Option to Consent Magistrate Judge Jurisdiction; 5) Case Assignment to Magistrate Judge.pdf.</u> on *(date)* <u>Mon, Apr 14 2025</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 04/14/2025

*Server's signature*

Joe DeRosa

*Printed name and title*

40 Jefferson road Farmingdale, Farmingdale, NY 11735

*Server's address*

Additional information regarding attempted service, etc.:
1) Unsuccessful Attempt: Mar 14, 2025, 4:32 pm EDT at COMPANY: 191 HEWLETT AVENUE, MERRICK, NY 11566
Building had three doorbells I rang all three doorbells two females came to the door and said Vinny's general contracting is their landlord and he's not there.

2) Unsuccessful Attempt: Mar 15, 2025, 1:27 pm EDT at COMPANY: 191 HEWLETT AVENUE, MERRICK, NY 11566
No answer. Office door did not have name of Vinny contractor on door

3) Unsuccessful Attempt: Mar 17, 2025, 8:43 am EDT at COMPANY: 191 HEWLETT AVENUE, MERRICK, NY 11566
No answer. No cars or trucks in driveway. This was 3 attempt.

4) Unsuccessful Attempt: Mar 19, 2025, 10:16 am EDT at VINNY'S GENERAL CONTRACTING INC. : 33 WALT WHITMAN ROAD, HUNTINGTON STATION, NY 11746

Suite 227 is empty. I also checked the directory. There is no company Vinny's general contracting. I also look for the name Michael Ferbin CPA that comes up as a registered agent. He's not in the The building either

5) Unsuccessful Attempt: Mar 22, 2025, 2:18 pm EDT at HOME: 145 HAMPTON BOULEVARD, MASSAPEQUA, NY 11758
No answer dogs were barking inside home.

6) Unsuccessful Attempt: Mar 26, 2025, 7:03 pm EDT at HOME: 145 HAMPTON BOULEVARD, MASSAPEQUA, NY 11758
Lights were on downstairs in home the ring doorbell said they could not come to the door at the current time. Two SUVs park in driveway I took pictures of the plates.

7) Unsuccessful Attempt: Mar 27, 2025, 8:38 am EDT at HOME: 145 HAMPTON BOULEVARD, MASSAPEQUA, NY 11758
This was the third attempt two same vehicles that were in the driveway. Last night are still in the driveway. No one would answer the door..

8) Unsuccessful Attempt: Apr 4, 2025, 3:11 pm EDT at HOME: 145 HAMPTON BOULEVARD, MASSAPEQUA, NY 11758
White truck was parked in driveway. Noticed a package at the front door addressed to Debra biancaniello

9) Unsuccessful Attempt: Apr 8, 2025, 6:17 pm EDT at HOME: 145 HAMPTON BOULEVARD, MASSAPEQUA, NY 11758
No answer at the door. As I was walking away, a male I opened the door and shut the door as I turn around. He was male 50-60 250-280 black hair 6"0.

10) Successful Attempt: Apr 14, 2025, 1:39 pm EDT at HOME: 145 HAMPTON BOULEVARD, MASSAPEQUA, NY 11758
received by Vinny. Age: 65; Ethnicity: Caucasian; Gender: Male; Weight: 250; Height: 5'10"; Hair: Black; Eyes: Brown;
spoke to Vinny said he's been in Florida but he seen me coming. He said he's retired. No longer owns the company. He knew about the Papers. His son is rjs and has the paper s well