**The Law Office of**
**Michael James Prisco PLLC**

**Michael Prisco, Esq.**              **Mailing Address: 187 Veterans Blvd**
**Tel: (718) 550-7019**               **Suite 4, Massapequa NY 11758**
**Fax: 1 (718) 744-2033**
**michaelprisco@mjpesq.com**

Apr 18, 2025

*Via ECF*
Magistrate Judge Steven I. Locke
100 Federal Plaza
Central Islip, NY 11772

Re:    Alonso Cardenas v. Vinny's General Contracting Inc., et al
       Civil Action No. 2:25-cv-1248-SIL

Dear Magistrate Judge Locke:

My office represents Defendants, Vinny's General Contracting Inc. and RJS Construction & Development Inc. I write to respectfully request an extension of time for Defendants to answer, move against, or otherwise respond to the complaint from April 17, 2025 to May 2, 2025.

Counsel for Plaintiff consents to this request. This is Defendants' first request for such an extension. The extension is necessary to allow Defendants sufficient time to analyze the complaint's allegations and properly respond.

I thank the Court and counsel for Plaintiff for the courtesies.

Very truly yours,

/s/ Michael J. Prisco

Cc

Consumer Attorneys, PLLC
68-29 Main Street
Flushing, NY 11367
(718) 412-2421
ekataev@consumerattorneys.com