UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

ALONSO CARDENAS,

                Plaintiff,                    **INITIAL CONFERENCE ORDER**

      -against-                              CV 25-1248 (SIL)

VINNY'S GENERAL CONTRACTING INC. and
RJS CONSTRUCTION & DEVELOPMENT INC.,

                Defendants.
---------------------------------------------------------------X

**STEVEN I. LOCKE, Magistrate Judge:**

      **Conference Date: <u>June 5, 2025 at 10:15 a.m.</u>** in courtroom 820 of the Central Islip Courthouse.  The parties are directed to confirm the date and time of this conference with each other.

      The above-captioned case has been assigned to United States Magistrate Judge Steven I. Locke as the presiding judge pursuant to Eastern District of New York Administrative Order 2023-23.  Lead counsel and/or pro se parties must be present for an initial conference at the date and time indicated above.  Counsel and/or pro se parties are expected to be familiar with the Federal Rules of Civil Procedure concerning discovery - *see generally* Fed. R. Civ. P. Rules 16 & 26-37, and the Individual Rules of the undersigned, which are attached to this Order.

      **<u>Prior to this conference</u>, the parties, with limited exceptions, must hold a discovery planning conference pursuant to Fed. R. Civ. P. Rule 26(f), must provide automatic disclosure pursuant to Rule 26(a)(1) unless this proceeding is exempted from such disclosure pursuant to Rule 26(a)(1)(E), and must file a proposed discovery plan consistent with the factors set forth in Rule 26(f)(1)-(4).**

      The proposed discovery plan, which must be electronically filed under "Other Documents" as a "Proposed Scheduling Order" **no less than two days prior** to the conference, should reflect the general rule that discovery is to be completed within six to nine months of the date of the initial conference, and should include any agreements the parties have reached regarding discovery, including electronic discovery, as appropriate.  It should also include proposed deadlines for the service of and response to written discovery, completion of depositions, motions to amend pleadings, including joinder of additional parties, all expert discovery (including identification of experts and rebuttal experts and disclosure of expert reports), completion of all discovery, filing of dispositive motions, and a pre-trial order/trial-ready date.

Dated: May 2, 2025
       Central Islip, New York                        SO ORDERED:

                                                         <u>/s/ Steven I. Locke</u>
                                                         STEVEN I. LOCKE
                                                         United States Magistrate Judge