# SCHEDULING ORDER WORKSHEET

**DEADLINES & COURT APPEARANCES**

  May 29, 2025  : Exchange of Rule 26(a)(1) disclosures

  May 30, 2025  : Service of first interrogatories and document demands

  June 27, 2025  : Responses to first interrogatories and document demands

  June 28, 2025  : Motions to join new parties or amend the pleadings

**TBD by Court:** Status conference in courtroom 820

  September 30, 2025  : Completion of depositions

  October 30, 2025  : Identification of case-in-chief experts and service of Rule 26 disclosures

  November 28, 2025  : Identification of rebuttal experts and service of Rule 26 disclosures

  December 15, 2025  : Commencement of summary judgment motion practice.

**TBD by Court:** Pretrial conference in courtroom 820