CV 25-1248(SIL) Cardenas v. Vinny's General Contracting

# SCHEDULING ORDER

**DEADLINES & COURT APPEARANCES**

| | | |
|---|---|---|
| May 29, 2025 | : | Exchange of Rule 26(a)(1) disclosures |
| May 30, 2025 | : | Service of first interrogatories and document demands |
| June 27, 2025 | : | Responses to first interrogatories and document demands |
| June 28, 2025 | : | Motions to join new parties or amend the pleadings |
| **TBD by Court:** | | Status conference in courtroom 820 |
| September 30, 2025 | : | Completion of depositions |
| October 30, 2025 | : | Identification of case-in-chief experts and service of Rule 26 disclosures |
| November 28, 2025 | : | Identification of rebuttal experts and service of Rule 26 disclosures |
| December 15, 2025 | : | Commencement of summary judgment motion practice. |
| **TBD by Court:** | | Pretrial conference in courtroom 820 |

**SO ORDERED:**
**/s/ STEVEN I. LOCKE**
Steven I. Locke, USMJ on 6/26/2025