# Sage Legal LLC

**18211 Jamaica Avenue • Jamaica, NY 11423-2327 • (718) 412-2421 • emanuel@sagelegal.nyc**

November 17, 2025

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. Steven I. Locke, U.S.M.J.
100 Federal Plaza, Courtroom 820
Central Islip, NY 11722-4438

      *Re:*    <u>Cardenas v. Vinny's General Contracting Inc., *et ano*.</u>
              <u>Case No.: 2:25-cv-1248 (SIL)</u>

Dear Judge Locke:

      This firm represents the Plaintiff Alonso Cardenas ("Plaintiff") in the above-referenced case.

      Plaintiff respectfully requests an adjournment of the status conference currently scheduled for November 18, 2025, at 10:30 a.m. in Courtroom 820 of the Central Islip Courthouse. The reason for the request is because your undersigned will be defending a court-ordered deposition in <u>Fernandez v. Bulldozer Hospitality Group, Inc.</u>, Case No.: 1:25-cv-4490 (AS) (GS) (S.D.N.Y.) which is scheduled for the same date and time.

      Plaintiff believes that an adjournment will allow for full participation at the conference and will ensure that all matters can be addressed meaningfully with the Court's guidance. Plaintiff has contacted Defendants regarding this request, but has not heard back. Thus, we do not know Defendants' position. Plaintiff stands ready to proceed on any date thereafter that is convenient for the Court.

      Plaintiff greatly appreciates the Court's consideration of this request and apologizes for any inconvenience this scheduling issue may cause. Plaintiff remains committed to moving this matter forward efficiently and will be fully prepared to participate on any date set by the Court. Further, by way of update, after much frustrated attempts, Plaintiff finally established contact with his workers' compensation attorneys, who will be sending over documents Defendants seek in an effort to ascertain whether this case can be settled.

      For the foregoing reasons, Plaintiff respectfully submits that sufficient good cause and excusable neglect exists for an adjournment of tomorrow's conference. <u>See</u> Fed. R. Civ. P. 6(b)(1)(B).

      Plaintiff thanks this honorable Court for its time and attention to this case.

1

Dated: Jamaica, New York
      November 17, 2025　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　**SAGE LEGAL LLC**

　　　　　　　　　　　　　　　　　　　_/s/ Emanuel Kataev, Esq._
　　　　　　　　　　　　　　　　　　　Emanuel Kataev, Esq.
　　　　　　　　　　　　　　　　　　　18211 Jamaica Avenue
　　　　　　　　　　　　　　　　　　　Jamaica, NY 11423-2327
　　　　　　　　　　　　　　　　　　　(718) 412-2421 (office)
　　　　　　　　　　　　　　　　　　　(917) 807-7819 (cellular)
　　　　　　　　　　　　　　　　　　　(718) 489-4155 (facsimile)
　　　　　　　　　　　　　　　　　　　emanuel@sagelegal.nyc

　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*
　　　　　　　　　　　　　　　　　　　*Alonso Cardenas*

**VIA ECF**
Michael Prisco
187 Veterans Blvd.
 Massapequa, New York 11758
michaelprisco@mjpesq.com

*Attorneys for Defendants*
*Vinny's General Contracting Inc., and*
*RJS Construction & Development Inc.*