| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |
| BEFORE: STEVEN I. LOCKE<br>           U.S. MAGISTRATE JUDGE | DATE: 12/4/2025<br>TIME: 10:15am |
| CASE:  CV 25-1248 (SIL) | |
| TYPE OF CONFERENCE: Status | FTR: 10:14-10:29 |

APPEARANCES:

    For Plaintiff: Emanuel Kataev

    For Defendant: Michael James Prisco

**THE FOLLOWING RULINGS WERE MADE:**

☐ Scheduling Order entered.

☐ The court has adopted and So Ordered the joint proposed scheduling order [    ] submitted by the parties.

☐ The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge.

☐ Other: Status conference held.  Consistent with the conversation on the record, Plaintiff is ORDERED to execute two authorizations for workers compensation records no later than December 12, 2025, and provide the executed forms to defense counsel that day.  All materials obtained in response to authorization will be kept confidentially and used for the purpose of this litigation and no other purpose until further order of the Court.

**COURT APPEARANCES:**

The following conference(s) will be held in courtroom **820** of the Central Islip courthouse:

    January 13, 2026 at 12:15pm  : Status conference

                                              SO ORDERED

                                              /s/ Steven I. Locke<br>
                                              STEVEN I. LOCKE<br>
                                              United States Magistrate Judge