# Sage Legal LLC

**18211 Jamaica Avenue ● Jamaica, NY 11423-2327 ● (718) 412-2421 ● emanuel@sagelegal.nyc**

January 12, 2026

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. Steven I. Locke, U.S.M.J.
100 Federal Plaza
Courtroom 820
Central Islip, NY 11722

>   Re:   Cardenas v. Vinny's General Contracting Inc., *et ano.*
>         <u>Case No.: 2:25-cv-1248 (SIL)</u>

Dear Judge Locke:

This firm represents the Plaintiff Alonso Cardenas ("Plaintiff") in the above-referenced case. The Plaintiff writes to respectfully request an adjournment of the initial conference scheduled to proceed on January 12, 2026 at 11:15 AM.

Pursuant to ¶ 2(B) of this Court's Individual Motion Practices, Plaintiff respectfully submits that:

(i)   the original date is set forth above;

(ii)  the reason for the request is because your undersigned is scheduled to appear in a deposition;

(iii) Defendants join to the requested adjournment;

(iv)  there have been no previous requests for an adjournment of this conference, although this Court *sua sponte* adjourned the conference once;

(v)   Plaintiff respectfully submits that good cause exists based on the conflict due to a court ordered deposition;

(vi)  The parties were unable to meet and confer about three available dates.

In light of the foregoing, Plaintiff respectfully submits that this Court should exercise its discretion in favor of granting the requested extension of time. <u>See</u> Fed. R. Civ. P. 6(b)(1)(A).

Plaintiff thanks this honorable Court for its time and attention to this case and apologizes for any inconvenience caused by the late notice.

Dated: Jamaica, New York
       January 12, 2026                           Respectfully submitted,

                                                        **SAGE LEGAL LLC**

                                                        By:  */s/ Emanuel Kataev, Esq.*
                                                         Emanuel Kataev, Esq.
                                                         18211 Jamaica Avenue
                                                         Jamaica, NY 11423-2327
                                                         (718) 412-2421 (office)
                                                         (917) 807-7819 (cellular)
                                                         (718) 489-4155 (facsimile)
                                                         emanuel@sagelegal.nyc

                                                         *Attorneys for Plaintiff*
                                                         *Alonso Cardenas*

**VIA ECF**
The Law Office of Michael James Prisco PLLC
By: Michael Prisco, Esq.
187 Veterans Boulevard
Massapequa, NY 11758
michaelprisco@mjpesq.com

*Attorneys for Defendants*
*Vinny's General Contracting Inc., and*
*RJS Construction & Development Inc.*