| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |
| BEFORE: STEVEN I. LOCKE<br>         U.S. MAGISTRATE JUDGE | DATE: 1/20/26<br>TIME: 10:15 am |

CASE:  CV 25-1248(SIL) Cardenas v. Vinny's General Contracting
TYPE OF CONFERENCE:  STATUS                FTR:

APPEARANCES:
　　For Plaintiff:   Emanuel Kataev

　　For Defendant: No appearance

**THE FOLLOWING RULINGS WERE MADE:**

☐　　Scheduling Order entered.

☐　　The court has adopted and So Ordered the joint proposed scheduling order [   ] submitted by the parties.

☐　　The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge.

☒　　Other:  No appearance from Defendant.

**COURT APPEARANCES:**
The following conference(s) will be held in courtroom 820 of the Central Islip courthouse:

　　　2/3/26 at 10:00 am　　　　: Status conference


　　　　　　　　　　　　　　　　SO ORDERED

　　　　　　　　　　　　　　　　/s/Steven I. Locke
　　　　　　　　　　　　　　　　STEVEN I. LOCKE
　　　　　　　　　　　　　　　　United States Magistrate Judge