# Sage Legal LLC

**18211 Jamaica Avenue • Jamaica, NY 11423-2327 • (718) 412-2421 • emanuel@sagelegal.nyc**

February 25, 2026

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. Steven I. Locke, U.S.M.J.
100 Federal Plaza, Courtroom 820
Central Islip, NY 11722-4438

> *Re:*    **Cardenas v. Vinny's General Contracting Inc.,** *et ano.*
> **Case No.: 2:25-cv-1248 (SIL)**

Dear Judge Locke:

This firm represents the Plaintiff Alonso Cardenas ("Plaintiff") in the above-referenced case.

Plaintiff respectfully requests an adjournment of the status conference currently scheduled for today at 10:00 a.m. in Courtroom 820 of the Central Islip Courthouse. The reason for the request is because your undersigned has a conflict due to a required appearance before the Supreme Court of the State of New York, Kings County.

Defendant consents to this request and the parties offer the following available dates: (i) Wednesday, March 18, 2026; (ii) Friday, March 27, 2026; or (iii) another date which the Court selects.

Plaintiff greatly appreciates the Court's consideration of this request and apologizes for any inconvenience this scheduling issue may cause. Plaintiff's undersigned counsel was stranded due to the snowstorm and only returned to New York late on Monday evening, with a deposition all day on Tuesday in an unrelated matter, leading to the delay in seeking this adjournment.

For the foregoing reasons, Plaintiff respectfully submits that sufficient good cause and excusable neglect exists for an adjournment of tomorrow's conference. <u>See</u> Fed. R. Civ. P. 6(b)(1)(B). Plaintiff thanks this honorable Court for its time and attention to this case.

Dated: Jamaica, New York
February 25, 2026                                    Respectfully submitted,

**SAGE LEGAL LLC**

*/s/ Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

*Attorneys for Plaintiff*
*Alonso Cardenas*

**VIA ECF**
Michael Prisco
187 Veterans Boulevard
 Massapequa, NY 11758
michaelprisco@mjpesq.com

*Attorneys for Defendants*
*Vinny's General Contracting Inc., and*
*RJS Construction & Development Inc.*