**UNITED STATES DISTRICT COURT**　　　　　　**CIVIL CONFERENCE**
**EASTERN DISTRICT OF NEW YORK**　　　　　**MINUTE ORDER**

BEFORE: STEVEN I. LOCKE　　　　　　　　　DATE:  7/8/26
　　　　　U.S. MAGISTRATE JUDGE　　　　　　TIME:　10:15 am

CASE:  **CV 25-1248(SIL) Cardenas v. Vinny's General Contracting**
TYPE OF CONFERENCE:  STATUS　　　　　　　FTR: 10:14-10:19

APPEARANCES:
　　　　For Plaintiff:　 Emanuel Kataev

　　　　For Defendant: Michael Prisco

**THE FOLLOWING RULINGS WERE MADE:**

☐　　　Scheduling Order entered.

☐　　　The court has adopted and So Ordered the joint proposed scheduling order [　] submitted by the parties.

☐　　　The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge.

☒　　　Other:　Status conference held. The court has amended the schedule as follows: Depositions to be completed on or before 8/21/2026. The commencement of summary judgment motion practice on or before 9/18/26.

**COURT APPEARANCES:**
The following conference(s) will be held in courtroom 820 of the Central Islip courthouse:

　　10/19/26 at 10:15 am　　　:　Pretrial conference.  A joint proposed pretrial order must be electronically filed 3 days prior to this conference.

　　　　　　　　　　　　　　　SO ORDERED

　　　　　　　　　　　　　　　 /s/Steven I. Locke
　　　　　　　　　　　　　　　STEVEN I. LOCKE
　　　　　　　　　　　　　　　United States Magistrate Judge