**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

**CIVIL CONFERENCE**
**MINUTE ORDER**

BEFORE: STEVEN I. LOCKE
U.S. MAGISTRATE JUDGE

DATE: 10/19/2026
TIME: 10:15 am

CASE: **CV 25-1248(SIL) Cardenas v. Vinny's General Contracting**
TYPE OF CONFERENCE: STATUS FTR: 10:21-10:32

APPEARANCES:
For Plaintiff: Emanuel Kataev

For Defendant: Michael Prisco

**THE FOLLOWING RULINGS WERE MADE:**

☐ Scheduling Order entered.

☐ The court has adopted and So Ordered the joint proposed scheduling order [ ] submitted by the parties.

☒ Other: Status conference held. Plaintiff will appear for deposition at defense counsel's office on Monday October 26, 2026 at 2:00pm. The deposition will be completed that day. Plaintiff is ORDERED to appear. This date will not be moved for any reason. Final pretrial conference: November 19, 2026 at 12:15pm. The proposed pretrial order will be filed by ECF in advance of the conference.

Also, Plaintiff's counsel will provide sufficient contact information for Plaintiff's workers compensation attorney (who has thus far been uncooperative) so that he may be served with a subpoena.

**COURT APPEARANCES:**
The following conference(s) will be held in courtroom 820 of the Central Islip courthouse:

11/19/26 at 12:15 pm: Pretrial conference. A joint proposed pretrial order must be electronically filed 3 days prior to this conference.

SO ORDERED

/s/Steven I. Locke
STEVEN I. LOCKE
United States Magistrate Judge