**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

**CIVIL CONFERENCE**
**MINUTE ORDER**

BEFORE: STEVEN I. LOCKE
U.S. MAGISTRATE JUDGE

DATE: 11/19/26
TIME: 12:15 pm

CASE: **CV 25-1248(GRB) Cardenas v. Vinny's General Contracting**
TYPE OF CONFERENCE: PRETRIAL FTR: 12:25-12:29

APPEARANCES:
For Plaintiff: Emanuel Kataev

For Defendant: Beth Gerig

**THE FOLLOWING RULINGS WERE MADE:**

☐ Scheduling Order entered.

☐ The court has adopted and So Ordered the joint proposed scheduling order [ ] submitted by the parties.

☒ The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge.

☒ Other: Defendants asked if they could make a summary judgment motion. Defense counsel represented on the record that there had been no deadline to commence summary judgment motion practice. This is not accurate. The deadline to commence summary judgment motion practice was September 18, 2026. See DE [23]. Defense counsel failed to meet that deadline or ask that it be extended and gave no reason for this untimely request. Accordingly, that application is denied. This case is marked ready for trial.

SO ORDERED

/s/Steven I. Locke
STEVEN I. LOCKE
United States Magistrate Judge